**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **JUAN PORTILLO MENDEZ #A201-608-544** | **CASE NO.  3:26-CV-00880 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **U S DEPT OF HOMELAND SECURITY ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## <u>ORDER</u>

Before the Court is an "Emergency Pro Se Motion for Immediate Protective Relief, Emergency Medical Intervention, Expedited Consideration, and Such Other Relief as is Necessary to Prevent Irreparable Harm" (Doc. 21).

In his Motion, Petitioner remarks that he has been beaten unconscious by a fellow inmate, his life has been threatened by the inmate, and he has not been provided appropriate medical care for the beating and his pre-diabetic medical condition. Additionally, Petitioner states that due to ongoing threats to kill him along with threats made against his step-daughter and family by inmates, he was forced to cause his partner/fiance' to send $300 by Zelle to a Jennifer Aldama out of fear for his life.[1] Despite the payment, Petitioner states that his life continues to be at risk of death and/or bodily harm.

The Court notes that Petitioner has a hearing before Judge Mark Carter on May 1, 2026, at 2:00 p.m.[2] Petitioner is seeking immediate release from custody and/or a bond hearing that is before the Court and currently under initial review. The Court is concerned

---

[1] To that end, on April 7, 2026, the Court received as an exhibit  a screen shot of a Zelle payment of $300.00 to a Jennifer Aldama, phone number 318-564-7757.  Doc. 18, exhibit A.

[2] acis.eoir.justice.gov/en/caseInformation

about Petitioner's allegations concerning the death threats to him and his family, the extortion scheme, and the lack of medical care.

Accordingly,

**IT IS ORDERED** that the Emergency Motion is **GRANTED** to the extent that the Court hereby **ORDERS** Warden Tim Wyatt to investigate the allegations made by Petitioner and provide this Court with a letter of the outcome of his investigation addressed to the undersigned at the Edwin F. Hunter, Jr. Federal Building & U.S. Courthouse, 611 Broad St., Ste 328, Lake Charles, Louisiana 70601, no later than April 30, 2026.

**IT IS FURTHER ORDERED** that the Clerk mail a copy of this signed Order by Certified Mail to Warden Tim Wyatt at the Jackson Parish Correctional Center, at 327 Industrial Dr. Jonesboro, Louisiana, 71251 and the following documents/exhibits filed in the record: #10, #18, and #21.

**THUS DONE AND SIGNED** in chambers on this 23rd day of April, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**