**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**JUAN PORTILLO MENDEZ #A201-608-544**    **CASE NO.  3:26-CV-00880 SEC P**

**VERSUS**                                **JUDGE JAMES D. CAIN, JR.**

**U S DEPT OF HOMELAND SECURITY ET AL**   **MAGISTRATE JUDGE LEBLANC**

**ORDER**

Before the Court is an "Emergency Pro Se Motion for Immediate Protective Relief, Emergency Medical Intervention, Expedited Consideration, and Such Other Relief as is Necessary to Prevent Irreparable Harm" (Doc. 21).[1]

In his Motion, Petitioner remarks that he has been beaten unconscious by a fellow inmate, his life has been threatened by the inmate, and he has not been provided appropriate medical care for the beating and his pre-diabetic medical condition. Additionally, Petitioner states that due to ongoing threats to kill him along with threats made against his step-daughter and family by inmates, he was forced to cause his partner/fiance' to send $300 by Zelle to a Jennifer Aldama out of fear for his life.[2] Despite the payment, Petitioner states that his life continues to be at risk of death and/or bodily harm.

---

[1] This Order was originally sent to Warden, Tim Wyatt, but is now being sent to Warden Barber who is the Warden for ICE detainees.

[2] To that end, on April 7, 2026, the Court received as an exhibit a screen shot of a Zelle payment of $300.00 to a Jennifer Aldama, phone number 318-564-7757. Doc. 18, exhibit A.

The Court notes that Petitioner has a hearing before Judge Mark Carter on May 1, 2026, at 2:00 p.m.[3] Petitioner is seeking immediate release from custody and/or a bond hearing that is before the Court and currently under initial review. The Court is concerned about Petitioner's allegations concerning the death threats to him and his family, the extortion scheme, and the lack of medical care.  Accordingly,

**IT IS ORDERED** that the Emergency Motion is **GRANTED** to the extent that the Court hereby **ORDERS** Warden Matt Barber to investigate the allegations made by Petitioner and provide this Court with a letter of the outcome of his investigation addressed to the undersigned at the Edwin F. Hunter, Jr. Federal Building & U.S. Courthouse, 611 Broad St., Ste 328, Lake Charles, Louisiana 70601, no later than June 14, 2026.

**IT IS FURTHER ORDERED** that the Clerk mail a copy of this signed Order by Certified Mail to Warden Matt Barber at the Jackson Parish Correctional Center, at 327 Industrial Dr. Jonesboro, Louisiana, 71251 and the following documents/exhibits filed in the record: #10, #18, and #21. Also, the Clerk is ordered to email this Order with exhibits Record Documents 10, 18, and 21 to Warden Matt Barber, at matt.barber@lasalle.com on this date.

**THUS DONE AND SIGNED** in chambers on this 2nd day of June, 2026

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[3] acis.eoir.justice.gov/en/caseInformation