**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**JUAN PORTILLO MENDEZ**                **CASE NO.  3:26-CV-00880 SEC P**

**VERSUS**                              **JUDGE JAMES D. CAIN, JR.**

**U.S. DEPT. OF HOMELAND SECURITY,**    **MAGISTRATE JUDGE LEBLANC**
**ET AL**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions are **DENIED** as **MOOT**.

**THUS DONE AND SIGNED** in chambers this 10th day of July, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**